United States District Court
Southern District of Texas
**ENTERED**
February 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| OLBIN ALBERTO ARANDA SOTO, § | |
| § | |
| Petitioner, § | |
| § | CIVIL ACTION NO. 4:26-cv-00809 |
| v. § | |
| § | |
| WARDEN, Montgomery Processing § | |
| Center, *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

The respondents have filed a motion requesting an extension of time to file a responsive pleading. The motion (Dkt. No. 6) is **GRANTED**. The respondent's answer is due by **February 27, 2026**.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on February 20, 2026, at Houston, Texas.

_____
Kenneth M. Hoyt
United States District Judge