United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| OLBIN ALBERTO ARANDA SOTO, | § § § | |
| Petitioner, | § | CIVIL ACTION NO. 4:26-cv-00809 |
| | § | |
| v. | § | |
| | § | |
| WARDEN, Montgomery Processing Center, *et al.*, | § § § | |
| | § | |
| Respondents. | | |

## ORDER

On March 2, 2026, the respondents filed an Advisory, stating: "The Government hereby advises the Court that the Government anticipates removal of the Petitioner in the near future. The Petitioner will be removed pursuant to his reinstated final administrative order of removal. The Government hereby gives notice pursuant to the Court's Order to Answer (Dkt. 4) that Immigration and Customs Enforcement (ICE) is ready to remove the Petitioner and he will be removed after the five-day notice period elapses." (Dkt. No. 9). The petition did not file a response to the Advisory. Review of ICE's *Online Detainee Locator System* appears to indicate that the petitioner is not currently in ICE custody and has been removed from the United States.[1]

---

[1] The location of a detainee in ICE custody may be found by searching for the detainee by his A-number and country of birth at ICE's Online Detainee Locator System website, available at https://locator.ice.gov/odls/#/search (last visited June 5, 2026).

**Within five (5) days of the date of this Order**, the petitioner's counsel must provide the court with a status update stating whether the petitioner is still in custody or whether this habeas petition is moot because the petitioner has been removed from the United States.

The Clerk shall provide a copy of this Order to the parties.

It is so ORDERED.

SIGNED on June 5, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge